

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00806-CV

Amado **ABASCAL** III,
Appellant

v.

Rodolfo Flores **GALVAN** and G&M Logistics Corp.,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 12-11-27955-MCVAJA
Honorable David A. Berchelmann Jr., Judge Presiding[1]

PER CURIAM

Sitting:        Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  May 6, 2015

JOINT MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On March 12, 2015, we determined this appeal was appropriate for referral to alternative

dispute resolution.  Accordingly, we ordered the appeal referred to a mediation settlement

conference and suspended all appellate deadlines until April 27, 2015.  On April 27, 2015, the

parties filed a joint motion to dismiss the appeal, stating they have entered into a settlement

agreement that resolves all of their disputes that would have been addressed on appeal.

Accordingly, the appellate deadlines are reinstated and we grant the joint motion to dismiss and

---

[1] The Honorable David A. Berchelmann Jr., sitting by assignment.

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2). Pursuant to the parties' agreement, we order that each party bear their own costs of appeal, if any. *See* TEX. R. APP. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM